AO 440 (Rev. 12/09) Summons in a Civil Action

JUDGE RAKOFF

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| WDIG Mobile, LLC | ) | |
| _Plaintiff_ | ) ) ) | Civil Action No. **11 CIV 3472** |
| v. | ) | |
| Digital Communication Warehouse Inc. | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Digital Communication Warehouse Inc.
6186 Ridge Avenue
Philadelphia, PA 19128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Schwartz & Thomashower LLP
15 Maiden Lane, Suite 705
New York, NY 10038
(212) 227-4300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: _MAY 20 2011_

_Signature of Clerk or Deputy Clerk_

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>WDIG MOBILE, LLC | COURT CASE NUMBER<br>11 CIV 3472 |
|---|---|
| DEFENDANT<br>DIGITAL COMMUNICATION WAREHOUSE, INC. | TYPE OF PROCESS<br>SUMMONS & PETITION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Stuart LaCheen, President, DIGITAL COMMUNICATION WAREHOUSE, INC.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
484 Leverington Avenue, Philadelphia, PA 19128

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Rachel Schwartz, Esq.<br>Schwartz & Thomashower LLP<br>15 Maiden Lane, Suite 705<br>New York, NY 10038-5120 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | n/a |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

ALTERNATE ADDRESSES:
6186 Ridge Ave., Philadelphia, PA 19128 (Business Address)
519 Conshohocken State Road, Narberth, Pennsylvania (Home Address)

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 212 227 4300
DATE: 6/6/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| P1 | No. 54 | No. 54 | D. Baerga | 6/7/11 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
KIM THOMPSON (OFFICE MANAGER)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

| Date | Time | |
|---|---|---|
| 6-22-11 | 4:25 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 215 483-2206
1st ATTEMPT 6-20-11 @ 9:40 (LEFT NOTE TO CALL)

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

11-3472-1

Form USM 285
Rev. 12/80