# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 11 ICV 3472

Date Filed: 5/20/2011

Plaintiff:
**WDIG Mobile, LLC**
vs.
Defendant:
**Digital Communication Warehouse, Inc.**

For:
Rachel Schwartz, Esquire
Schwartz & Thomashower, LLP
15 Maiden Ln.
Suite 705
New York, NY  10038

Received by Metro Attorney Service, Inc. to be served on **Digital Communication Warehouse, Inc. c/o Stuart Lacheen, 519 Conshohocken State Road, Narberth, PA 19072**.

I, Michael D. Talone, being duly sworn, depose and say that on the **15th day of August, 2011** at **11:45 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons, Civil Cover Sheet, Notice of Court Conference, Petition to Confirm Arbitration Award, Rule 7.0 Statement & Exhibit's A & B** to: **Stuart Lacheen** as **Principal - DCW** for **Digital Communication Warehouse, Inc.** at the address of: **519 Conshohocken State Road, Narberth, PA 19072**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Prior to service on the foregoing individual, Rachel Schwartz, counsel for WDIG Mobile, LLC, identified said person as Stuart Lacheen in surveillance video and photographs collected by this affiant.

**Description** of Person Served:  Age: 55,  Sex: M,  Race/Skin Color: Caucasian,  Height: 5-9,  Weight: 185,  Hair: S&p/Receding,  Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 23rd day of August, 2011 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HAHN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 9, 2012

_____
Michael D. Talone
Process Server

Metro Attorney Service, Inc.
305 Broadway
14th Floor
New York, NY 10007
(212) 822-1421
Our Job Serial Number: TLL-2011002427

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m